UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR1704-JM |
|---|---|---|
| Plaintiff, | ) ) | Date:  November 30, 2007 |
| v. | ) ) | Time:  9:00 a.m. |
|  | ) | The Honorable Jeffrey T. Miller |
| MANUEL FIERROS-CASTRO, | ) ) | **ORDER** |
| Defendant. | ) ) |  |

IT IS HEREBY ORDERED that the Sentencing Hearing in the above-mentioned case, currently scheduled for November 30, 2007 at 9:00 a.m., be continued until ***January 25, 2008 at 9:00 a.m.*** The time between now and January 25, 2008 is excluded.

SO ORDERED.

DATED:  November 28, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge